FILED
CLERK, U.S. DISTRICT COURT

DEC - 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESSE OMAR GUZMAN <br><br> Defendant. | CASE NO. 2:13-MJ-03092 <br><br> ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) [X] the appearance of defendant as required; and/or

(B) [X] the safety of any person or the community.

//
//

1  The court concludes:
2  A.  (✓) Defendant poses a risk to the safety of other persons or the community
3      because defendant has not demonstrated by clear and convincing
4      evidence that:
5      _△ submits to detention._
6      _____
7      _____
8      _____

10 (B)  ( ) Defendant is a flight risk because defendant has not shown by clear
11     and convincing evidence that:
12     _____
13     _____
14     _____
15     _____

17     IT IS ORDERED that defendant be detained.

21 DATED: 12-2-2013

     HONORABLE JAY C. GANDHI
     UNITED STATES MAGISTRATE JUDGE